UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.V. MOTHER & NATURAL GUARDIAN OF E.B., et al.,<br><br>                    Plaintiffs,<br><br>             v.<br><br>CITY OF NEW YORK, et al.,<br><br>                    Defendants. | 23-CV-8621 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

      This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Nothing herein shall affect the scope of the existing reference to the Magistrate Judge. Any conference or oral argument before or directed by the Magistrate Judge will proceed as ordered.

Dated: October 12, 2023
       New York, New York

                                                      DALE E. HO
                                              United States District Judge